

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-18-00309-CV

Leticia Garza **GALVAN** and Martie Garcia Vela,
Appellants

v.

Eloy **VERA** and Baldermar Garza,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-18-186
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Irene Rios, Justice

The State of Texas has filed an amended motion to release the appellate record in this appeal requesting this court to provide the State with an electronic copy of the record to investigate election fraud. The motion acknowledges that portions of the record are sealed and states the record "will be used for official law enforcement and grand jury investigation only, and will remain sealed to the public, subject to the trial court's order." It is ORDERED that any party choosing to file a response to the amended motion must file such response in this court no later than ten days from the date of this order.

It is so ORDERED on August 7, 2018.

PER CURIAM

ATTESTED TO: _____
                KEITH E. HOTTLE,
                Clerk of Court